No. 83–251. PRC HARRIS, INC. v. BOEING CO. C. A. 2d Cir. Certiorari denied.

No. 83–306. PARROTT v. WILSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–311. STRASSNER v. STRASSNER. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 83–314. OSTRIC v. CORPORATION OF ST. MARY'S COLLEGE, NOTRE DAME, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–315. DEVRY INC. v. MCCLANDON. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–319. STILLMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–323. CLEMMONS v. JOHNSON BROTHERS WHOLESALE LIQUOR CO. Sup. Ct. Kan. Certiorari denied.

No. 83–330. WOLD v. BULL VALLEY MANAGEMENT CO., INC. Sup. Ct. Ill. Certiorari denied.

No. 83–337. DEW v. CITY OF FLORENCE. Sup. Ct. S. C. Certiorari denied.

No. 83–343. ROUSE SI SHOPPING CENTER, INC. v. MORSE/DIESEL, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–344. FORMALDEHYDE INSTITUTE, INC., ET AL. v. FRECHETTE, COMMISSIONER OF PUBLIC HEALTH OF MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 83–345. MCCARTHY ET AL. v. CHARLES D. BONANNO LINEN SERVICE, INC., ET AL. C. A. 1st Cir. Certiorari denied.